UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIRARD FLYNN,

          Plaintiff,

   v.

YAO COHEN MORGEN, et al.,

          Defendants.

Case No. 23-cv-05168-JSW

**ORDER OF DISMISSAL**

     Plaintiff is a California prisoner proceeding pro se. The complaint in this case is an exact duplicate of the complaint now pending in the lower-numbered case, *Flynn v. Morgen, et al.*, No. C 23-5083 KAW (PR). The complaint in this case is a photocopy of the original complaint in the earlier case, and Plaintiff indicates he wants to only proceed with one case (*see* ECF No. 6 ("I need all my papers together")). Therefore, the Court finds that this case was inadvertently opened as a second case. Accordingly, this case is DISMISED as opened in error, the IFP application is DENIED, and no fee is due.

     The clerk shall enter judgment and close the file.

     **IT IS SO ORDERED.**

Dated: January 29, 2024

JEFFREY S. WHITE
United States District Judge